

# Memorandum

| Subject | Date |
|---|---|
| UNSEALING | April 2, 2024 |
| U.S. v. TYLAN JOSEPH WALKER; 8:24MJ128 | |

| To | From |
|---|---|
| CLERK, U.S. DISTRICT COURT DISTRICT OF NEBRASKA | AUSA Kathryn A. Pflug |

Be advised that the above named Defendant(s) is/are now in custody. You may now unseal as follows, pursuant to Fed. R. Crim. P. 6(e)(4):

☐ Unseal the Indictment and any underlying Magistrate Judge case

☐ Unseal the Magistrate Judge case

☐ Unseal the Indictment but the underlying Complaint and Affidavit should remain **Restricted**

☒ Unseal the Magistrate Judge case but the underlying Complaint and Affidavit should remain **Restricted**